**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

In re: MROZ, GREG G § Case No. 11-82012
      MROZ, TERESA D §
       §
Debtor(s) DEVEIKISMROZ, TERESA DEVEIKIS §

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATIONS FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

    Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that <u>BERNARD J. NATALE</u>, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

    Clerk of The U S Bankruptcy Court
    211 South Court Street
    Rockford IL 61101

    Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within   21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at 09:30AM on 03/26/2012 in Courtroom 115, United States Courthouse,
211 South Court Street
Rockford IL 61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Dated: 02/23/2012          By: /s/BERNARD J. NATALE
                                          Trustee

BERNARD J. NATALE
6833 STALTER DRIVE
SUITE 201
ROCKFORD, IL  61108
(815) 964-4700
natalelaw@bjnatalelaw.com

**UST Form 101-7-NFR (10/1/2010)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

In re: MROZ, GREG G            § Case No. 11-82012
       MROZ, TERESA D          §
                               §
Debtor(s) DEVEIKISMROZ, TERESA DEVEIKIS        §

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

*The Final Report shows receipts of*       $   22,539.17
*and approved disbursements of*             $       80.56
*leaving a balance on hand of* [1]          $   22,458.61

**Balance on hand:**                        $   22,458.61

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors:   $        0.00
Remaining balance:                        $   22,458.61

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - BERNARD J. NATALE | 2,996.12 | 0.00 | 2,996.12 |
| Attorney for Trustee, Fees - BERNARD J. NATALE, LTD. | 2,575.00 | 0.00 | 2,575.00 |
| Attorney for Trustee, Expenses - BERNARD J. NATALE, LTD. | 44.89 | 0.00 | 44.89 |

Total to be paid for chapter 7 administration expenses:   $    5,616.01
Remaining balance:                                         $   16,842.60

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 16,842.60

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 16,842.60

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 51,963.71 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 32.4 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Isac | 8,533.62 | 0.00 | 2,765.94 |
| 2 | Capital One,N.A | 1,221.86 | 0.00 | 396.03 |
| 3 | Chase Bank USA, N.A. | 6,613.30 | 0.00 | 2,143.52 |
| 4 | Chase Bank USA, N.A. | 1,174.24 | 0.00 | 380.60 |
| 5 | Chase Bank USA, N.A. | 1,619.32 | 0.00 | 524.86 |
| 6 | Capital Recovery IV LLC | 1,579.61 | 0.00 | 511.99 |
| 7 | Baxter Credit Union | 9,027.16 | 0.00 | 2,925.90 |
| 8 | PYOD LLC as assignee of Citibank | 21,753.60 | 0.00 | 7,050.82 |
| 9 | The Purves Law Firm LLC | 441.00 | 0.00 | 142.94 |

**UST Form 101-7-NFR (10/1/2010)**

|   | Total to be paid for timely general unsecured claims: | $ | 16,842.60 |
|---|---|---|---|
|   | Remaining balance: | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full.  The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None |  |  |  |  |

|   | Total to be paid for tardy general unsecured claims: | $ | 0.00 |
|---|---|---|---|
|   | Remaining balance: | $ | 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None |  |  |  |  |

|   | Total to be paid for subordinated claims: | $ | 0.00 |
|---|---|---|---|
|   | Remaining balance: | $ | 0.00 |

Prepared By: /s/BERNARD J. NATALE
Bernard J Natale, Trustee

BERNARD J. NATALE
6833 STALTER DRIVE
SUITE 201
ROCKFORD, IL  61108
(815) 964-4700
natalelaw@bjnatalelaw.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                    Case No. 11-82012-MB
Greg G Mroz                                                               Chapter 7
Teresa D Mroz
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0752-3          User: lorsmith              Page 1 of 3                Date Rcvd: Mar 02, 2012
                              Form ID: pdf006             Total Noticed: 29

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 04, 2012.
```
db         #+Greg G Mroz,    440 Cunat Blvd 2F,    Richmond, IL 60071-8919
jdb         +Teresa D Mroz,    777 Dover Court,    Crystal Lake, IL 60014-7879
17211067    +Baxter Credit Union,    400 North Lakeview Parkw,     Vernon Hills, IL 60061-1854
17211068    +Baxter Emply Cr Union,    400 N Lakeview Pak,    Vernon Hills, IL 60061-1854
17520469    +Capital One,N.A,    c/o Creditors Bankruptcy Service,     P O Box 740933,    Dallas,TX 75374-0933
17211069    +Chase,   201 N. Walnut St//De1-1027,    Wilmington, DE 19801-2920
17560587     Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
17211074    +Chase Bank USA, NA,    131 South Dearborn Street, Floor 5,     Chicago, IL 60603-5571
17211075    +Citi,   P.o. Box 6500,    Sioux Falls, SD 57117-6500
17211082    +Heavner Scott Beyers & Mihlar LLC,    111 E Main Street, Suite 200,     PO Box 740,
              Decatur, IL 62525-0740
17211087    +Lake in the Hills Podiatry,    2250 W Algonquin Rd # 103,     Lake in the Hills, IL 60156-1289
17211088    +Merchants Credit Guide Co.,    233 W Jackson Blvd #400,     Chicago, IL 60606-6958
17211089    +Michael D. Fine,    131 South Dearborn Street,    Flooor 5,    Chicago, IL 60603-5517
17211090    +Michael D. Fine,    131 S. Dearborn St.,    Floor 5,   Chicago, IL 60603-5571
17211093    +Michael Fine,    131 S Dearborn Street,    Chicago, IL 60603-5571
17211095    +Pnc Mortgage,   6 N Main St,    Dayton, OH 45402-1908
17211096    +Quest Diagnostics,    1355 Mittel Boulevard,    Wood Dale, IL 60191-1024
17211097    +Texas Guar Student Loa,    Po Box 83100,    Round Rock, TX 78683-3100
17211099    +The Purves Law Firm LLC,    3007 Concord Lane,    Wadsworth, IL 60083-8941
17211100    +Tony Fu MD,    6317 Northwest Highway,    Crystal Lake, IL 60014-7934
17211101    +Tri-County ER Physicians,    PO Box 369,    Barrington, IL 60011-0369
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
17656783     E-mail/PDF: rmscedi@recoverycorp.com Mar 03 2012 03:44:04      Capital Recovery IV LLC,
              c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue Suite 1120,    Miami FL 33131-1605
17211076    +E-mail/Text: electronicbkydocs@nelnet.net Mar 03 2012 02:39:48      Dept Of Education/neln,
              121 S 13th St,    Lincoln, NE 68508-1904
17211081    +E-mail/PDF: gecsedi@recoverycorp.com Mar 03 2012 03:44:01      GEMB / HH Gregg,
              Attention: Bankruptcy,    Po Box 103106,    Roswell, GA 30076-9106
17211083    +E-mail/Text: BKNOTICES@EAFLLC.COM Mar 03 2012 02:39:13      Hilco Rec,   Attn: Bankruptcy,
              1120 Lake Cook Road Suite B,    Buffalo Grove, IL 60089-1970
17211084    +E-mail/Text: ISAC.Bankruptcy@ISAC.illinois.gov Mar 03 2012 02:39:08      Isac,   1755 Lake Cook Rd,
              Deerfield, IL 60015-5209
17211086    +E-mail/Text: bnckohlsnotices@becket-lee.com Mar 03 2012 02:38:11      Kohls,    Attn: Recovery Dept,
              Po Box 3120,    Milwaukee, WI 53201-3120
17211094    +E-mail/Text: bankrup@nicor.com Mar 03 2012 02:37:54      Nicor Gas,
              Attention: Bankruptcy Department,    Po Box 190,    Aurora, IL 60507-0190
17696540    +E-mail/Text: resurgentbknotifications@resurgent.com Mar 03 2012 02:37:42
              PYOD LLC its successors and assigns as assignee of,     Citibank, NA,
              c/o Resurgent Capital Services,    PO Box 19008,    Greenville, SC 29602-9008
                                                                                              TOTAL: 8
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
17211072*   +Chase,   201 N. Walnut St//De1-1027,    Wilmington, DE 19801-2920
17211073*   +Chase,   201 N. Walnut St//De1-1027,    Wilmington, DE 19801-2920
17211070*   +Chase,   201 N. Walnut St//De1-1027,    Wilmington, DE 19801-2920
17211071*   +Chase,   201 N. Walnut St//De1-1027,    Wilmington, DE 19801-2920
17211077*   +Dept Of Education/neln,    121 S 13th St,    Lincoln, NE 68508-1904
17211078*   +Dept Of Education/neln,    121 S 13th St,    Lincoln, NE 68508-1904
17211079*   +Dept Of Education/neln,    121 S 13th St,    Lincoln, NE 68508-1904
17211085*   +Isac,   1755 Lake Cook Rd,    Deerfield, IL 60015-5209
17211091*   +Michael D. Fine,    131 S. Dearborn St.,    Floor 5,   Chicago, IL 60603-5571
17211092*   +Michael D. Fine,    131 S. Dearborn St.,    Floor 5,   Chicago, IL 60603-5571
17211098*   +Texas Guar Student Loa,    Po Box 83100,    Round Rock, TX 78683-3100
17211080   ##+Expert Health and Rehabilitation,    1493 Merchant Drive,    Algonquin, IL 60102-5917
                                                                                 TOTALS: 0, * 11, ## 1
```
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0752-3          User: lorsmith           Page 2 of 3              Date Rcvd: Mar 02, 2012
                              Form ID: pdf006          Total Noticed: 29
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 04, 2012**                    **Signature:**  _Joseph Speetjens_

```
District/off: 0752-3          User: lorsmith              Page 3 of 3            Date Rcvd: Mar 02, 2012
                              Form ID: pdf006             Total Noticed: 29
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 1, 2012 at the address(es) listed below:
         Bernard J Natale    on behalf of Trustee Bernard Natale natalelaw@bjnatalelaw.com
         Bernard J Natale    natalelaw@bjnatalelaw.com, IL42@ecfcbis.com
         Erick  J Bohlman    on behalf of Debtor Greg Mroz abohlman@sbcglobal.net,    jd@bohlmanlaw.com
         Heather M Giannino    on behalf of Creditor  PNC Mortgage, a division of PNC Bank, National
         Association, successor by merger to National City Mortgage a division of National City Bank
         heathergiannino@hsbattys.com,   shellyhood@hsbattys.com;danacloe@hsbattys.com;bk4hsbm@gmail.com
         Patrick S Layng    USTPRegion11.MD.ECF@usdoj.gov
         Scott E Hillison    on behalf of Trustee Bernard Natale mmagnuson@bjnatalelaw.com
                                                                                                                         TOTAL: 6