**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION**

In re:  MROZ, GREG G                                §   Case No. 11-82012
          MROZ, TERESA D                            §
                                                    §
Debtor(s) DEVEIKISMROZ, TERESA DEVEIKIS             §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

    BERNARD J. NATALE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $267,201.00 *(without deducting any secured claims)* | Assets Exempt: $135,201.00 |
| Total Distribution to Claimants: $16,842.60 | Claims Discharged Without Payment: $84,171.11 |
| Total Expenses of Administration: $5,696.57 | |

    3) Total gross receipts of $ 22,539.17 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $22,539.17 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $217,964.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 39.00 | 5,696.57 | 5,696.57 | 5,696.57 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 100,817.00 | 51,963.71 | 51,963.71 | 16,842.60 |
| **TOTAL DISBURSEMENTS** | $318,820.00 | $57,660.28 | $57,660.28 | $22,539.17 |

    4) This case was originally filed under Chapter 7 on April 29, 2011. The case was pending for 14 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 06/20/2012     By: /s/BERNARD J. NATALE
                                    Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Fee to Record Deed | 1290-002 | 39.00 |
| 12183 N Bonnie Brook Lane, Beach Park, IL 60087, | 1110-000 | 22,500.00 |
| Interest Income | 1270-000 | 0.17 |
| **TOTAL GROSS RECEIPTS** | | **$22,539.17** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Pnc Mortgage | 4110-000 | 217,964.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$217,964.00** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BERNARD J. NATALE, LTD. | 3120-000 | N/A | 44.89 | 44.89 | 44.89 |
| BERNARD J. NATALE, LTD. | 3110-000 | N/A | 2,575.00 | 2,575.00 | 2,575.00 |
| BERNARD J. NATALE | 2100-000 | N/A | 2,996.12 | 2,996.12 | 2,996.12 |

**UST Form 101-7-TDR (10/1/2010)**

| Payee | Uniform Tran. Code | | Claims Scheduled | Claims Asserted | Claims Allowed | Claims Paid |
|---|---|---|---|---|---|---|
| Mary Ellen Vanderventer | 2500-002 | N/A | | 39.00 | 39.00 | 39.00 |
| The Bank of New York Mellon | 2600-000 | N/A | | 41.56 | 41.56 | 41.56 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | | $5,696.57 | $5,696.57 | $5,696.57 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | N/A | | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Isac | 7100-000 | 8,426.00 | 8,533.62 | 8,533.62 | 2,765.94 |
| 2 | Capital One,N.A | 7100-000 | 1,221.00 | 1,221.86 | 1,221.86 | 396.03 |
| 3 | Chase Bank USA, N.A. | 7100-000 | 6,613.00 | 6,613.30 | 6,613.30 | 2,143.52 |
| 4 | Chase Bank USA, N.A. | 7100-000 | 1,088.00 | 1,174.24 | 1,174.24 | 380.60 |
| 5 | Chase Bank USA, N.A. | 7100-000 | 1,619.00 | 1,619.32 | 1,619.32 | 524.86 |
| 6 | Capital Recovery IV LLC | 7100-000 | 1,579.00 | 1,579.61 | 1,579.61 | 511.99 |
| 7 | Baxter Credit Union | 7100-000 | 9,027.00 | 9,027.16 | 9,027.16 | 2,925.90 |
| 8 | PYOD LLC as assignee of Citibank | 7100-000 | 21,753.00 | 21,753.60 | 21,753.60 | 7,050.82 |
| 9 | The Purves Law Firm LLC | 7100-000 | 441.00 | 441.00 | 441.00 | 142.94 |
| NOTFILED | Dept Of Education/neln | 7100-000 | 6,180.00 | N/A | N/A | 0.00 |
| NOTFILED | Dept Of Education/neln | 7100-000 | 6,430.00 | N/A | N/A | 0.00 |
| NOTFILED | Lake in the Hills Podiatry | 7100-000 | 30.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Hilco Rec | 7100-000 | 1,580.00 | N/A | N/A | 0.00 |
| NOTFILED | Tony Fu MD | 7100-000 | 526.00 | N/A | N/A | 0.00 |
| NOTFILED | Tri-County ER Physicians | 7100-000 | 290.00 | N/A | N/A | 0.00 |
| NOTFILED | Texas Guar Student Loa | 7100-000 | 255.00 | N/A | N/A | 0.00 |
| NOTFILED | Texas Guar Student Loa | 7100-000 | 4,404.00 | N/A | N/A | 0.00 |
| NOTFILED | Nicor Gas | 7100-000 | 524.00 | N/A | N/A | 0.00 |
| NOTFILED | Quest Diagnostics | 7100-000 | 20.00 | N/A | N/A | 0.00 |
| NOTFILED | Dept Of Education/neln | 7100-000 | 13,102.00 | N/A | N/A | 0.00 |
| NOTFILED | Baxter Credit Union | 7100-000 | 972.00 | N/A | N/A | 0.00 |
| NOTFILED | Dept Of Education/neln | 7100-000 | 14,429.00 | N/A | N/A | 0.00 |
| NOTFILED | Chase | 7100-000 | 306.00 | N/A | N/A | 0.00 |
| NOTFILED | Chase | 7100-000 | 2.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $100,817.00 | $51,963.71 | $51,963.71 | $16,842.60 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 11-82012  
**Case Name:** MROZ, GREG G  
                MROZ, TERESA D  
**Period Ending:** 06/20/12

**Trustee:** (330370) BERNARD J. NATALE  
**Filed (f) or Converted (c):** 04/29/11 (f)  
**§341(a) Meeting Date:** 06/13/11  
**Claims Bar Date:** 09/20/11

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) DA=§554(c) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1  777 Dover Court, Crystal Lake, IL 6001 4 Fee sim | 162,000.00 | 0.00 | DA | 0.00 | FA |
| 2  12183 N Bonnie Brook Lane, Beach Park, IL 60087, | 29,200.00 | 29,200.00 |  | 22,500.00 | FA |
| 3  Checking account with Harris Bank, Crystal Lake, | 300.00 | 0.00 | DA | 0.00 | FA |
| 4  Savings account with McHenry County Federal Cred | 15.00 | 0.00 | DA | 0.00 | FA |
| 5  Checking account (8955) with JP Morgan Chase Ban | 0.00 | 0.00 | DA | 0.00 | FA |
| 6  Misc. household goods with debtors | 1,300.00 | 0.00 | DA | 0.00 | FA |
| 7  Misc. books and CD's with debtors | 50.00 | 0.00 | DA | 0.00 | FA |
| 8  Necessary wearing apparel with debtors | 2,000.00 | 0.00 | DA | 0.00 | FA |
| 9  Misc. jewelry with debtors | 450.00 | 0.00 | DA | 0.00 | FA |
| 10 Misc. hobby and sports equipment with debtors | 75.00 | 0.00 | DA | 0.00 | FA |
| 11 Term life insurance through employer, Mastercoil | 0.00 | 0.00 | DA | 0.00 | FA |
| 12 College Savings account with BrightDirections | 7,870.00 | 0.00 | DA | 0.00 | FA |
| 13 Retirement account with American Funds, Norfolk, | 56,400.00 | 0.00 | DA | 0.00 | FA |
| 14 Retirement account with ING Life Insurance Annui | 31,700.00 | 0.00 | DA | 0.00 | FA |
| 15 3 Shares of Baxter Health Care Stock | 150.00 | 0.00 | DA | 0.00 | FA |
| 16 12 Shares of Edwards Life Science Stock | 606.00 | 0.00 | DA | 0.00 | FA |
| 17 25 Shares of CVS/Caremark Stock | 785.00 | 0.00 | DA | 0.00 | FA |
| 18 2000 Buick Century with 165,000 miles | 1,800.00 | 0.00 | DA | 0.00 | FA |
| 19 1996 Ford Windstar with 168,000 miles | 800.00 | 0.00 | DA | 0.00 | FA |
| 20 1995 Toyota Corolla with 186,000 miles | 900.00 | 0.00 | DA | 0.00 | FA |
| Int INTEREST (u) | Unknown | N/A |  | 0.17 | FA |
| **21 Assets Totals** (Excluding unknown values) | **$296,401.00** | **$29,200.00** |  | **$22,500.17** | **$0.00** |

**Major Activities Affecting Case Closing:**

    TRUSTEE SOLD DEBTOR'S MINORITY INTEREST TO FAMILY MEMBERS IN REAL ESTATE. CLAIMS TO BE EXAMINED AND OBJECTIONS FILED IF NECESSARY.

Exhibit 8

Page: 2

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 11-82012  
**Case Name:** MROZ, GREG G  
MROZ, TERESA D  
**Period Ending:** 06/20/12

**Trustee:** (330370) BERNARD J. NATALE  
**Filed (f) or Converted (c):** 04/29/11 (f)  
**§341(a) Meeting Date:** 06/13/11  
**Claims Bar Date:** 09/20/11

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

**Initial Projected Date Of Final Report (TFR):** December 31, 2012    **Current Projected Date Of Final Report (TFR):** February 23, 2012 (Actual)

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 11-82012  
**Case Name:** MROZ, GREG G  
MROZ, TERESA D  
**Taxpayer ID #:** \*\*-\*\*\*4162  
**Period Ending:** 06/20/12  

**Trustee:** BERNARD J. NATALE (330370)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-\*\*\*\*\*\*53-65 - Checking Account  
**Blanket Bond:** $606,000.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 01/03/12 | | Nannette Mroz | Fee to Record Deed | 1290-002 | 39.00 | | 39.00 |
| 01/03/12 | {2} | Nannette Mroz | Pymt for Purchase of Real Estate - Beach Park IL Property | 1110-000 | 22,500.00 | | 22,539.00 |
| 01/19/12 | 1001 | Mary Ellen Vanderventer | Payment for Recording of Quit Claim Deed for 12183 Bonnie Brook Lane, Beach Park IL | 2500-002 | | 39.00 | 22,500.00 |
| 01/31/12 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.17 | | 22,500.17 |
| 01/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 41.56 | 22,458.61 |
| 03/27/12 | 1002 | BERNARD J. NATALE | Dividend paid 100.00% on $2,996.12, Trustee Compensation; Reference: | 2100-000 | | 2,996.12 | 19,462.49 |
| 03/27/12 | 1003 | Isac | Distribution paid 32.41% on $8,533.62; Claim# 1; Filed: $8,533.62; Reference: 4540 | 7100-000 | | 2,765.94 | 16,696.55 |
| 03/27/12 | 1004 | Capital One,N.A | Distribution paid 32.41% on $1,221.86; Claim# 2; Filed: $1,221.86; Reference: 6072/KOHLS | 7100-000 | | 396.03 | 16,300.52 |
| 03/27/12 | 1005 | Capital Recovery IV LLC | Distribution paid 32.41% on $1,579.61; Claim# 6; Filed: $1,579.61; Reference: 4708/GE CAPITAL | 7100-000 | | 511.99 | 15,788.53 |
| 03/27/12 | 1006 | Baxter Credit Union | Distribution paid 32.41% on $9,027.16; Claim# 7; Filed: $9,027.16; Reference: 6499 | 7100-000 | | 2,925.90 | 12,862.63 |
| 03/27/12 | 1007 | PYOD LLC as assignee of Citibank | Distribution paid 32.41% on $21,753.60; Claim# 8; Filed: $21,753.60; Reference: 1670/CITIBANK | 7100-000 | | 7,050.82 | 5,811.81 |
| 03/27/12 | 1008 | The Purves Law Firm LLC | Distribution paid 32.41% on $441.00; Claim# 9; Filed: $441.00; Reference: | 7100-000 | | 142.94 | 5,668.87 |
| 03/27/12 | 1009 | BERNARD J. NATALE, LTD. | Combined Check for Claims#ATTY,EXP | | | 2,619.89 | 3,048.98 |
| | | | Dividend paid 100.00% 2,575.00 on $2,575.00; Claim# ATTY; Filed: $2,575.00 | 3110-000 | | | 3,048.98 |
| | | | Dividend paid 100.00% 44.89 on $44.89; Claim# EXP; Filed: $44.89 | 3120-000 | | | 3,048.98 |
| 03/27/12 | 1010 | Chase Bank USA, N.A. | Combined Check for Claims#3,4,5 | | | 3,048.98 | 0.00 |
| | | | Dividend paid 32.41% 2,143.52 on $6,613.30; Claim# 3; Filed: $6,613.30; Reference: 1923 | 7100-000 | | | 0.00 |
| | | | Dividend paid 32.41% 380.60 on $1,174.24; Claim# 4; Filed: $1,174.24; Reference: 6652 | 7100-000 | | | 0.00 |

Subtotals : $22,539.17  $22,539.17

{} Asset reference(s)  
Printed: 06/20/2012 05:16 PM  V.13.02

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| **Case Number:** | 11-82012 | | **Trustee:** | BERNARD J. NATALE (330370) |
|---|---|---|---|---|
| **Case Name:** | MROZ, GREG G | | **Bank Name:** | The Bank of New York Mellon |
| | MROZ, TERESA D | | **Account:** | 9200-******53-65 - Checking Account |
| **Taxpayer ID #:** | **-***4162 | | **Blanket Bond:** | $606,000.00 (per case limit) |
| **Period Ending:** | 06/20/12 | | **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | | T-Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | | | Receipts $ | Disbursements $ | Checking Account Balance |
| | | | Dividend paid 32.41% on $1,619.32; Claim# 5; Filed: $1,619.32; Reference: 7353 | 524.86 | 7100-000 | | | 0.00 |
| | | | **ACCOUNT TOTALS** | | | 22,539.17 | 22,539.17 | $0.00 |
| | | | Less: Bank Transfers | | | 0.00 | 0.00 | |
| | | | **Subtotal** | | | 22,539.17 | 22,539.17 | |
| | | | Less: Payments to Debtors | | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | | **$22,539.17** | **$22,539.17** | |

```
           Net Receipts :          22,539.17
Less Other Noncompensable Items :      78.00
                              _____
             Net Estate :         $22,461.17
```

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # 9200-******53-65** | 22,539.17 | 22,539.17 | 0.00 |
| | **$22,539.17** | **$22,539.17** | **$0.00** |

{} Asset reference(s)    Printed: 06/20/2012 05:16 PM    V.13.02